

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00475-CV

———————————————

TIFFANY PAYNE, Appellant

V.

THE RESIDENCES OF AUSTIN RANCH #3 M LLC, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2023-04117-JP

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has filed a motion to voluntarily dismiss her appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Delivered: May 16, 2024